IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **AUTHENEX, INC.**<br><br>             **Plaintiff,**<br><br>v.<br><br>**GEMALTO, INC.,**<br><br>             **Defendant.** | **CIVIL ACTION NO. 6:20-cv-00455**<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S ORIGINAL COMPLAINT

Plaintiff Authenex, Inc. ("Plaintiff"), by and through its undersigned counsel, files this Original Complaint against Defendant Gemalto, Inc. ("Defendant") as follows:

## NATURE OF THE ACTION

1. This is a patent infringement action to stop Defendant's infringement of United States Patent No. 7,519,989 ("the '989 patent") entitled "Token device that generates and displays one-time passwrods and that couples to a computer for inputting or receiving data for generating and outputting one-time passrods and other functions." A true and correct copy of the '989 patent is attached hereto as <u>Exhibit A</u>. Plaintiff is the owner by assignment of the '989 patent (hereinafter "patent-in-suit"). Plaintiff seeks monetary damages and injunctive relief.

## PARTIES

2. Plaintiff is a corporation having a principal place of business located at 1413 Grant Rd. Mountain View, CA 94040.

3. Upon information and belief, Defendant is a corporation organized and existing under the laws of the State of Texas with a principal place of business located at 9442 Capital of Texas Highway North, Suite 100 Austin, TX 78759. Defendant can be served with process by serving Corporation Service Company, 211 E. 7th St. STE 620, Austin, Texas 78701.

1

**JURISDICTION AND VENUE**

4. This action arises under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq.*, including 35 U.S.C. §§ 271, 281, 283, 284, and 285.

5. This Court has subject matter jurisdiction over this case for patent infringement under 28 U.S.C. §§ 1331 and 1338(a).

6. The Court has personal jurisdiction over Defendant because Defendant is present within or has minimum contacts within the State of Texas and the District of Texas; Defendant has purposefully availed itself of the privileges of conducting business in the State of Texas and in the District of Texas; Defendant has sought protection and benefit from the laws of the State of Texas; Defendant regularly conducts business within the State of Texas and within the District of Texas; and Plaintiff's cause of action arises directly from Defendant's business contacts and other activities in the State of Texas and in the District of Texas. Further, this Court has personal jurisdiction over Defendant because it is incorporated in Texas with a Texas Taxpayer Number of 15216740231 wherein Katie Hughes is listed in Defendant's public information report as the Director of Defendant and is located at 9442 Capital of Texas Highway N. 2-10, Austin, Texas 78759 and has purposely availed itself of the privileges and benefits of the laws of the State of Texas.

7. More specifically, Defendant, directly and/or through intermediaries, ships, distributes, uses e.g. testing, quality assurance, troubleshooting, and for compliance purposes with local and federal consumer protection statutes, offers for sale, sells, and/or advertises products and services in the United States, the State of Texas, and the District of Texas including but not limited to the Accused Instrumentalities as detailed below. Upon information and belief, Defendant has committed patent infringement in the State of Texas and in the District of Texas. Defendant

2

solicits and has solicited customers in the State of Texas and in the District of Texas. Defendant has at least two regular and established brick and mortar locations with permanent employees. Defendant has paying customers who are residents of the State of Texas and the District of Texas and who each use and have used the Defendant's products and services in the State of Texas and in the District of Texas.

8.  Venue is proper in the District of Texas pursuant to 28 U.S.C. §§ 1400(b). On information and belief, Defendant has a regular and established brick and mortar office with permanent employees in this District located at 9442 Capital of Texas Highway North, Suite 100 Austin, TX 7875 and has directly and/or indirectly committed acts of patent infringement in this District.

## COUNT I – PATENT INFRINGEMENT

9.  Plaintiff refers to and incorporates herein the allegations of Paragraphs 1-8 above.

10. The '989 patent was duly and legally issued by the United States Patent and Trademark Office on April 14, 2009 after full and fair examination. Plaintiff is the owner by assignment of the '989 patent and possesses all rights of recovery under the '989 patent, including the exclusive right to sue for infringement and recover past damages and obtain injunctive relief.

11. Defendant owns, uses e.g. testing, quality assurance, troubleshooting, and for compliance purposes with local and federal consumer protection statutes, operates, advertises, controls, sells, and otherwise provides systems, methods and apparatus that infringe the '989 patent. The '989 patent provides, among other things, "a token device that generates and displays one-time passwords and couples to a computer for inputting or receiving data for generating and outputting one-time passwords and performing other functions is provided." Specifically, claim no. 1 discloses "a unitized USB token device for generating and displaying password data

3

comprising: a body portion including, a processor for processing data, the processor contained within the body portion; a memory for storing data, the memory coupled to the processor and contained within the body portion, said memory containing a seed value to allow said processor to generate on-time password; a display portion rotatably coupled to the body portion, the display portion including, a display for displaying alphanumeric characters, the display coupled to the processor for displaying data output by the processor, and a USB interface for coupling the token device to a computer, the interface coupled to the processor for transmitting data between the processor and computer."

12. Defendant has been and is now infringing the '989 patent in the State of Texas, in this judicial district, and elsewhere in the United States, by, among other things, directly or through intermediaries, making, using e.g. testing, quality assurance, troubleshooting, and for compliance purposes with local and federal consumer protection statutes, importing, providing, supplying, distributing, selling, and/or offering for sale an apparatus (including, without limitation, the Defendant's products including IDPrime .NET 7519, and related functionality identified herein as the "Accused Instrumentality") that provide an apparatus, that provides a token device that generates and displays one-time passwords and couples to a computer for inputting or receiving data for generating and outputting one-time passwords and performing other functions, covered by at least claim 8 of the '989 patent and at least claim to the injury of Authenex, Inc. Defendant is directly infringing, literally infringing, and/or infringing the '989 patent under the doctrine of equivalents. Defendant is thus liable for infringement of the '989 patent pursuant to 35 U.S.C. § 271.

13. Claim 8 of the '989 patent, claims:

A unitized USB token device for generating and displaying password data comprising:

4

a body portion, the body portion including, a processor for processing data, the processor contained within the body portion;



*See* https://www.smartjac.biz/end-of-life/idprime-net-7519-usb-key-token-with-otp-display (last accessed February 26, 2020).

> A smart card is a portable, tamper-resistant computer with a programmable data store. A conventional smart card is the same size and shape as a plastic credit card, and it is embedded with a silicon integrated circuit (IC) chip. The chip provides memory to store data, <u>a microprocessor to manipulate that data</u>, and sometimes a cryptographic coprocessor to perform complex calculations associated with cryptographic operations.
>
> Smart cards that contain an IC chip are sometimes called chip cards to distinguish them from cards that offer either memory storage only, or memory storage and non-programmable logic. These memory cards store data efficiently, but cannot manipulate that data because they do not contain a computing chip. Memory cards depend on host-side applications to perform whatever processing is required on the data that they store.
>
> Chip cards are either fixed command set cards, which are programmed and softmasked in read-only memory (ROM) during manufacturing to interact with security infrastructure systems as portable, secure tokens; or post-issuance programmable cards, which can be used for multiple purposes simultaneously (for example, a card might be used as both as a security token and a rechargeable stored-value card), and which can be upgraded or re-purposed while in the field, long after their initial manufacture-time programming and softmasking.

*See* http://txsystems.com/downloads/6263_IDPrime_.NET_Integ_Guide.pdf (last accessed February 26, 2020).

> a memory for storing data, the memory coupled to the processor and contained within the body portion, said memory containing a seed value to allow said processor to generate one-time password; and



IDPrime .NET 7519 (formerly .NET Dual Token) is a USB key combining strong authentication with .NET smart card in USB connected mode, and One Time Password capability in non connected mode based on OATH standard. It is equiped with a display and a button for OTP activation and batteries for operating in non connected mode. Using USB plug, it can be connected to a host computer and then access to all .NET smart card features for pki applications on Microsoft environement, such as email signing or windows logon.

Full flexibility: Highly mobile - usable anywhere, anytime, whether unconnected or connected to the PC.

Convenient and Secure, Portable: For the consumer, it is a convenient tool that encapsulates secure strong storage for personal credentials, strong authentication and encryption tools, and privacy protections. It can be easily carried on a key ring. For the business operator, the solution provides the infrastructure to support strong authentication based on open standards that ensure interoperability.

Easy to deploy: The IDPrime .NET 7519 is using .NET smart card already embedded in Microsoft environments, combined with CCID inferface operating with Microsoft class driver inbox Vista and Seven.

Easy to install and to use: The IDPrime .NET 7519 is a plug & play device, requiring no additional cable or wiring. Convenient, user-replaceable battery to ease recyclability. This battery powers the device in unconnected mode.

IDPrime .NET 7519

| | | |
|---|---|---|
| Smart Card features | Smart Card Chip | Embedded non removable NET v2+ chip |
| | Supported Crypto Architectures | Microsoft CAPI<br>PKCS#11 for Windows |
| | Cryptographic support | RSA up to 2048 bits, DES, AES, HMAC, SHA1 and SHA2 |
| | Max I/O Speed | Up to 223 Kbps |
| | OTP application | OATH event based OTP |
| | Memory Rewrite | > 500K r/w cycles |
| | Data Retention | >10 years |
| Host Interface (connected mode) | USB type A | USB Full Speed 12Mbps |
| | Power supply thru USB port | Operating voltage 4.4 to 5.5V |
| | CCID | Compatible with Microsoft CCID PC/SC driver inbox Vista and Seven |
| Human Interface (non connected mode) | Display | One line alphanumeric caracters |
| | Button | For OTP OATH 6 digits generation |
| | Battery | 3x1.5V Alkaline replaceable batteries designed for 3 years / 7ku OTP |

*See* https://www.smartjac.biz/end-of-life/idprime-net-7519-usb-key-token-with-otp-display (last accessed February 26, 2020).

> A smart card is a portable, tamper-resistant computer with a programmable data store. A conventional smart card is the same size and shape as a plastic credit card, and it is embedded with a silicon integrated circuit (IC) chip. The chip provides memory to store data, a microprocessor to manipulate that data, and sometimes a cryptographic coprocessor to perform complex calculations associated with cryptographic operations.
>
> Smart cards that contain an IC chip are sometimes called chip cards to distinguish them from cards that offer either memory storage only, or memory storage and non-programmable logic. These memory cards store data efficiently, but cannot manipulate that data because they do not contain a computing chip. Memory cards depend on host-side applications to perform whatever processing is required on the data that they store.
>
> Chip cards are either fixed command set cards, which are programmed and softmasked in read-only memory (ROM) during manufacturing to interact with security infrastructure systems as portable, secure tokens; or post-issuance programmable cards, which can be used for multiple purposes simultaneously (for example, a card might be used as both as a security token and a rechargeable stored-value card), and which can be upgraded or re-purposed while in the field, long after their initial manufacture-time programming and softmasking.

*See* http://txsystems.com/downloads/6263_IDPrime_.NET_Integ_Guide.pdf (last accessed February 26, 2020).

   a display portion rotatably coupled to the body portion, the display portion including, a display for displaying alphanumeric characters, the display coupled to the processor for displaying data output by the processor, and



IDPrime .NET 7519 (formerly .NET Dual Token) is a USB key combining strong authentication with .NET smart card in USB connected mode, and One Time Password capability in non connected mode based on OATH standard. It is equiped with a display and a button for OTP activation and batteries for operating in non connected mode. Using USB plug, it can be connected to a host computer and then access to all .NET smart card features for pki applications on Microsoft environement, such as email signing or windows logon.

Full flexibility: Highly mobile - usable anywhere, anytime, whether unconnected or connected to the PC.

Convenient and Secure, Portable: For the consumer, it is a convenient tool that encapsulates secure strong storage for personal credentials, strong authentication and encryption tools, and privacy protections. It can be easily carried on a key ring. For the business operator, the solution provides the infrastructure to support strong authentication based on open standards that ensure interoperability.

Easy to deploy: The IDPrime .NET 7519 is using .NET smart card already embedded in Microsoft environments, combined with CCID inferface operating with Microsoft class driver inbox Vista and Seven.

Easy to install and to use: The IDPrime .NET 7519 is a plug & play device, requiring no additional cable or wiring. Convenient, user-replaceable battery to ease recyclability. This battery powers the device in unconnected mode.

IDPrime .NET 7519

| | | |
|---|---|---|
| Smart Card features | Smart Card Chip | Embedded non removable NET v2+ chip |
| | Supported Crypto Architectures | Microsoft CAPI<br>PKCS#11 for Windows |
| | Cryptographic support | RSA up to 2048 bits, DES, AES, HMAC, SHA1 and SHA2 |
| | Max I/O Speed | Up to 223 Kbps |
| | OTP application | OATH event based OTP |
| | Memory Rewrite | > 500K r/w cycles |
| | Data Retention | >10 years |
| Host Interface (connected mode) | USB type A | USB Full Speed 12Mbps |
| | Power supply thru USB port | Operating voltage 4.4 to 5.5V |
| | CCID | Compatible with Microsoft CCID PC/SC driver inbox Vista and Seven |
| Human Interface (non connected mode) | Display | One line alphanumeric caracters |
| | Button | For OTP OATH 6 digits generation |
| | Battery | 3x1.5V Alkaline replaceable batteries designed for 3 years / 7ku OTP |

*See* https://www.smartjac.biz/end-of-life/idprime-net-7519-usb-key-token-with-otp-display (last accessed February 26, 2020).

  a USB interface for coupling the token device to a computer, the interface coupled to the processor for transmitting data between the processor and computer.

9



IDPrime .NET 7519 (formerly .NET Dual Token) is a USB key combining strong authentication with .NET smart card in USB connected mode, and One Time Password capability in non connected mode based on OATH standard. It is equiped with a display and a button for OTP activation and batteries for operating in non connected mode. Using USB plug, it can be connected to a host computer and then access to all .NET smart card features for pki applications on Microsoft environement, such as email signing or windows logon.

Full flexibility: Highly mobile - usable anywhere, anytime, whether unconnected or connected to the PC.

Convenient and Secure, Portable: For the consumer, it is a convenient tool that encapsulates secure strong storage for personal credentials, strong authentication and encryption tools, and privacy protections. It can be easily carried on a key ring. For the business operator, the solution provides the infrastructure to support strong authentication based on open standards that ensure interoperability.

Easy to deploy: The IDPrime .NET 7519 is using .NET smart card already embedded in Microsoft environments, combined with CCID inferface operating with Microsoft class driver inbox Vista and Seven.

Easy to install and to use: The IDPrime .NET 7519 is a plug & play device, requiring no additional cable or wiring. Convenient, user-replaceable battery to ease recyclability. This battery powers the device in unconnected mode.

IDPrime .NET 7519

| Smart Card features | Smart Card Chip | Embedded non removable NET v2+ chip |
|---|---|---|
| | Supported Crypto Architectures | Microsoft CAPI<br>PKCS#11 for Windows |
| | Cryptographic support | RSA up to 2048 bits, DES, AES, HMAC, SHA1 and SHA2 |
| | Max I/O Speed | Up to 223 Kbps |
| | OTP application | OATH event based OTP |
| | Memory Rewrite | > 500K r/w cycles |
| Host Interface (connected mode) | USB type A | USB Full Speed 12Mbps |
| | CCID | Compatible with Microsoft CCID PC/SC driver inbox Vista and Seven |
| Human Interface (non connected mode) | Display | One line alphanumeric caracters |
| | Button | For OTP OATH 6 digits generation |
| | Battery | 3x1.5V Alkaline replaceable batteries designed for 3 years / 7ku OTP |

*See* https://www.smartjac.biz/end-of-life/idprime-net-7519-usb-key-token-with-otp-display (last accessed February 26, 2020).

10

13. Defendant's aforesaid activities have been without authority and/or license from Plaintiff.

14. To the extent any marking was required by 35 U.S.C. § 287, Plaintiff and all predecessors in interest to the '989 patent complied with all marking requirements under 35 U.S.C. § 287.

15. Plaintiff is entitled to recover from Defendant the damages sustained by Plaintiff as a result of the Defendant's wrongful acts in an amount subject to proof at trial, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

## JURY DEMAND

Plaintiff hereby requests a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

## PRAYER FOR RELIEF

Plaintiff respectfully requests that the Court find in its favor and against the Defendant, and that the Court grant Plaintiff the following relief:

A. a judgment that Defendant directly infringes one or more claims of the '989 patent;

B. award Plaintiff damages in an amount adequate to compensate Plaintiff for Defendant's infringing products' infringement of the claims of the '989 patent, but in no event less than a reasonable royalty, and supplemental damages for any continuing post-verdict infringement until entry of the final judgment with an accounting as needed, under 35 U.S.C. § 284;

C. award Plaintiff pre-judgment interest and post-judgment interest on the damages awarded, including pre-judgment interest, pursuant to 35 U.S.C. § 284, from the date of each act of infringement of the '989 patent by Defendant to the day a damages judgment is entered, and an award of post-judgment interest, pursuant to 28 U.S.C. § 1961, continuing until such judgment is paid, at the maximum rate allowed by law; and an accounting of all damages not presented at trial;

D.  A permanent injunction pursuant to 35 U.S.C. § 283, enjoining Defendant and their officers, directors, agents, servants, affiliates, employees, divisions, branches, subsidiaries, parents, and all others acting in active concert therewith from infringement, inducing the infringement of, or contributing to the infringement of the '989 Patent, or such other equitable relief the Court determines is warranted;

E.  a judgment and order finding this to be an exceptional case and requiring defendant to pay the costs of this action (including all disbursements) and attorneys' fees, pursuant to 35 U.S.C. § 285;

F.  award a compulsory future royalty for the '989 patent; and

G.  award such further relief as the Courts deems just and proper.

Dated:  April 30, 2020                                   Respectfully submitted,

*/s/ Austin Hansley*
Austin Hansley
Texas Bar No.: 24073081
**HANSLEY LAW FIRM, PLLC**
2931 Ridge Road STE 101 #530
Rockwall, Texas 75032
Telephone: (972) 528-9321 Ext. 1000
Facsimile: (972) 370-3559
Email: ahansley@hansleyfirm.com
www.hansleyfirm.com
**ATTORNEY FOR PLAINTIFF**
**AUTHENEX, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2020, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Austin Hansley*
Austin Hansley